IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:10CR-334 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSE ESTEBAN HERNANDEZ-VILLALBA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Review Detention (#67). The defendant moves the court for an order releasing him into the custody of a third-party custodian. The motion is denied without hearing.

The proposed placement with a third-party custodian fails to address the court's concerns as set out in the August 27, 2010 Detention Order (#24), and fails to rebut the presumption of detention, 18 U.S.C. § 3142(e). I find the defendant should remain committed.

**IT IS ORDERED:** The Defendant's Motion to Review Detention (#67) is denied without hearing.

Dated this 25th day of October 2010.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge